[No. 6948-9-I. Division One. April 14, 1980.]

NELDA J. ROLLINS, *Appellant*, v. THE BOEING COMPANY, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 824999, T. Patrick Corbett, J., entered August 14, 1978. *Reversed* and *remanded* by unpublished opinion per Dore, J., concurred in by James, A.C.J., and Swanson, J.

[No. 7065-7-I. Division One. April 14, 1980.]

THE STATE OF WASHINGTON, *Respondent*, v. FRED CARL DASCENZO, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 86680, Philip H. Faris, J., entered October 4, 1978. *Affirmed* by unpublished opinion per Callow, C.J., concurred in by Swanson and Dore, JJ.

[No. 7368-1-I. Division One. April 14, 1980.]

MARGARET W. MOKLER, *Appellant*, v. B. JAMES MOKLER, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 809979, Jack P. Scholfield, J., entered January 17, 1979. *Affirmed* by unpublished opinion per Durham–Divelbiss, J., concurred in by Swanson and Ringold, JJ.

[No. 7552-7-I. Division One. April 14, 1980.]

THE STATE OF WASHINGTON, *Respondent*, v. ELSIE MAE HALL, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 88312, Jack P. Scholfield, J., entered February 28, 1979. *Affirmed* by unpublished opinion per Ringold, J., concurred in by Swanson and Dore, JJ.